JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TUTORING CENTER FRANCHISE CORP., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NICOLE PETROPOULOS, an individual; and DOES 1-10,<br><br>Defendants. | Case No.: 2:22-cv-00617-RSWL-AGRx<br><br>*District Judge:  Hon. Ronald S.W. Lew*<br>*Magistrate Judge:  Hon. Alicia G. Rosenberg*<br><br>**ORDER FOR STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The Court, having reviewed the Stipulation of the parties, and good cause appearing hereby orders as follows:

IT IS ORDERED Plaintiff THE TUTORING CENTER FRANCHISE CORP. and, Defendant NICOLE PETROPOULOS have reached an agreement to settle and intend the for all claims against the Plaintiff and Defendant to be dismissed with prejudice, as stated in

///

///

the Stipulation. Therefore, the claims against Plaintiff and Defendant are dismissed with prejudice.

Dated this 16th day of March, 2023.

                                    ___*/S/ RONALD S.W. LEW*___
                                    The Honorable Ronald S.W. Lew
                                    United States District Judge

-1-